# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I.(a) PLAINTIFFS
DATA CARRIERS, LLC

## DEFENDANTS
FRONTIER AIRLINES HOLDINGS INC.

**(b)** County Of Residence Of First Listed Plaintiff: New Castle County, Delaware
County Of Residence Of First Listed Defendant: New Castle County, Delaware

**(c)** Attorneys (Firm Name, Address And Telephone Number)

Richard D. Kirk (No. 0922)
Stephen Brauerman (No. 4952)
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
(302) 655-5000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only) (Place An 'X' In One Box For Plaintiff And One Box For Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in this State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT  PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 420 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 640 RR & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | **PERSONAL PROPERTY** | [ ] 650 Airline Regs | [X] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 345 Marine Product Liability / [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Property Liability | [ ] 360 Other Personal Injury | [ ] 720 Labor/Mgmt Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| | | [ ] 730 Labor/Mgmt Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motions to Vacate Sentence | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of I Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / HABEUS CORPUS: | [ ] 791 Empl Ref Inc Security Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | | [ ] 871 IRS Third Party 26 USC 7609 | [ ] 890 Other Statutory Actions |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights / [ ] 540 Mandamus & Other | | | |
| [ ] 290 All Other Real Property | [ ] 550 Civil Rights | | | |
| | [ ] 555 Prison Condition | | | |

## V. ORIGIN

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from State Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION (Cite The U.S. Civil Statute Under Which You Are Filing And Write Brief Statement Of Cause. Do Not Cite Jurisdictional Statutes Unless Diversity)

Action for patent infringement under 35 U.S.C. § 101, et seq. | Injunctive and declaratory relief and for damages for patent infringement

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION [ ] UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: [X] YES [ ] NO

## VIII. RELATED CASE(S)
See Addendum attached hereto. (See instructions) JUDGE  DOCKET NUMBERS

DATE: NOVEMBER 15, 2013

SIGNATURE OF ATTORNEY OF RECORD: /S/ STEPHEN B. BRAUERMAN (SB4952)

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Addendum to Civil Cover Sheet**

| RELATED CASES | JUDGE | DOCKET NUMBERS |
|---|---|---|
| Data Carriers, LLC v. Toshiba America Information Systems Inc. | Judge Leonard P. Stark | C.A. No. 12-349-LPS |
| Data Carriers, LLC v. Archos LLC | Judge Leonard P. Stark | C.A. No. 12-932-LPS |
| Data Carriers, LLC v. Newegg Inc. | Judge Leonard P. Stark | C.A. No. 12-942-LPS |
| Data Carriers, LLC v. Overstock.com, Inc. | Judge Leonard P. Stark | C.A. No. 12-945-LPS |
| Data Carriers, LLC v. Vizio, Inc. | Judge Leonard P. Stark | C.A. No. 12-952-LPS |
| Data Carriers, LLC v. Neiman Marcus Group Inc. | Judge Leonard P. Stark | C.A. No. 13-754-LPS |
| Data Carriers, LLC v. Avon Products, Inc. | Judge Leonard P. Stark | C.A. No. 13-784-LPS |
| Data Carriers, LLC v. Foot Locker, Inc. | Judge Leonard P. Stark | C.A. No. 13-786-LPS |
| Data Carriers, LLC v. Estee Lauder, Inc. | Judge Leonard P. Stark | C.A. No. 13-787-LPS |
| Data Carriers, LLC v. Gilt Group, Inc. | Judge Leonard P. Stark | C.A. No. 13-788-LPS |
| Data Carriers, LLC v. Hospira Inc. | Judge Leonard P. Stark | C.A. No. 13-789-LPS |
| Data Carriers, LLC v. J. Crew Group, Inc. | Judge Leonard P. Stark | C.A. No. 13-790-LPS |
| Data Carriers, LLC v. Nordstrom, Inc., *et al.* | Judge Leonard P. Stark | C.A. No. 13-791-LPS |
| Data Carriers, LLC v. PC Connection, Inc. | Judge Leonard P. Stark | C.A. No. 13-792-LPS |
| Data Carriers, LLC v. PCM, Inc. | Judge Leonard P. Stark | C.A. No. 13-793-LPS |
| Data Carriers, LLC v. Peapod LLC | Judge Leonard P. Stark | C.A. No. 13-794-LPS |
| Data Carriers, LLC v. SAKS Direct, LLC | Judge Leonard P. Stark | C.A. No. 13-795-LPS |
| Data Carriers, LLC v. Urban Outfitters (Delaware) Inc., *et al.* | Judge Leonard P. Stark | C.A. No. 13-797-LPS |
| Data Carriers, LLC v. Victoria's Secret Direct, LLC | Judge Leonard P. Stark | C.A. No. 13-798-LPS |
| Data Carriers, LLC v. Wayfair, LLC | Judge Leonard P. Stark | C.A. No. 13-799-LPS |
| Data Carriers, LLC v. Williams-Sonoma, Inc. | Judge Leonard P. Stark | C.A. No. 13-800-LPS |
| Data Carriers, LLC v. W.W. Grainger, Inc. | Judge Leonard P. Stark | C.A. No. 13-801-LPS |
| Data Carriers, LLC v. Advance Auto Parts, Inc. | Judge Leonard P. Stark | C.A. No. 13-1509-LPS |
| Data Carriers, LLC v. Brown Shoe Company, Inc. | Judge Leonard P. Stark | C.A. No. 13-1510-LPS |
| Data Carriers, LLC v. Discover Financial Services | Judge Leonard P. Stark | C.A. No. 13-1511-LPS |
| Data Carriers, LLC v. Electronic Arts Inc. | Judge Leonard P. Stark | C.A. No. 13-1512-LPS |
| Data Carriers, LLC v. FMR LLC d/b/a Fidelity Investments | Judge Leonard P. Stark | C.A. No. 13-1513-LPS |
| Data Carriers, LLC v. Harley-Davidson, Inc. | Judge Leonard P. Stark | C.A. No. 13-1514-LPS |
| Data Carriers, LLC v. H&R Block, Inc. | Judge Leonard P. Stark | C.A. No. 13-1515-LPS |
| Data Carriers, LLC v. InterContinental Hotels Group PLC, *et al.* | Judge Leonard P. Stark | C.A. No. 13-1516-LPS |
| Data Carriers, LLC v. NBTY, Inc. | Judge Leonard P. Stark | C.A. No. 13-1517-LPS |
| Data Carriers, LLC v. Starwood Hotels & Resorts Worldwide, Inc. | Judge Leonard P. Stark | C.A. No. 13-1518-LPS |
| Data Carriers, LLC v. United Continental Holdings, Inc. | Judge Leonard P. Stark | C.A. No. 13-1519-LPS |
| Data Carriers, LLC v. 1-800 Contacts, Inc. | Judge Leonard P. Stark | C.A. No. 13-1620-LPS |
| Data Carriers, LLC v. Amerigroup Corporation | Judge Leonard P. Stark | C.A. No. 13-1621-LPS |
| Data Carriers, LLC v. Avaya, Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. BeachBody LLC | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Boot Barn Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. CompSource, Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Discovery Communications Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Disney Shopping Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. eBags Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Expedia, Inc. | Unassigned | Filed on November 15, 2013 |

| RELATED CASES | JUDGE | DOCKET NUMBERS |
|---|---|---|
| Data Carriers, LLC v. Frontier Airlines Holdings, Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. HSN Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. JetBlue Airways Corporation | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. JP Boden Services Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Recreational Equipment Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Sierra Trading Post Inc. | Unassigned | Filed on November 15, 2013 |
| Data Carriers, LLC v. Zazzle Inc. | Unassigned | Filed on November 15, 2013 |