IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.<br><br>        Defendant. | Civil Action No. 13-1912-LPS |

**STIPULATION TO EXTEND TIME TO ANSWER, MOVE
OR OTHERWISE RESPOND TO COMPLAINT**

      IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Defendant Frontier Airlines Holdings, Inc. to answer, move or otherwise respond to the Complaint in this action (D.I. 1) is extended to and including January 8, 2014.

DATED: December 9, 2013

| | |
|---|---|
| **BAYARD, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| */s/ Stephen B. Brauerman* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Richard D. Kirk (rk0922) | Karen L. Pascale (#2903) |
| Stephen B. Brauerman (sb4952) | Rodney Square |
| Vanessa R. Tiradentes (vt5398) | 1000 North King Street |
| Sara E. Bussiere (sb5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | Telephone: (302) 571-6600 |
| Wilmington, DE 19801 | kpascale@ycst.com |
| Telephone: (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant,* |
| sbrauerman@bayardlaw.com | *Frontier Airlines Holdings, Inc.* |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| *Attorneys for Plaintiff,*<br>*Data Carriers, LLC* | |

IT IS SO ORDERED this _____ day of _____, 2013.

                                                            _____
                                                            UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Karen L. Pascale, Esquire, hereby certify that on December 9, 2013, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF (which will send notification that such filing is available for viewing and downloading to all registered counsel), and in addition caused true and correct copies of the foregoing document to be served upon the following counsel of record in the manner indicated::

### *By E-Mail*

| | |
|---|---|
| Richard D. Kirk [rkirk@bayardlaw.com]<br>Stephen B. Brauerman [sbrauerman@bayardlaw.com]<br>Vanessa R. Tiradentes [vtiradentes@bayardlaw.com]<br>Sara E. Bussiere [sbussiere@bayardlaw.com]<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box. 25130<br>Wilmington, DE 19899-5130 | *Plaintiff, Data Carriers LLC* |
| Paul V. Storm [pvstorm@gardere.com]<br>Sarah M. Paxson [spaxson@gardere.com]<br>GARDERE WYNNE SEWELL LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201 | *Plaintiff, Data Carriers LLC* |

|  |  |
|---|---|
|  | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>*/s/ Karen L. Pascale* |
| December 9, 2013 | Karen L. Pascale (#2903) *[kpascale@ycst.com]*<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  302-571-6600 |

01:14573826.1