### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.<br><br>    Defendant. | Civil Action No. 13-1912-LPS |

### STIPULATION TO EXTEND TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

  IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the time for Defendant Frontier Airlines Holdings, Inc. to answer, move or otherwise respond to the Complaint in this action (D.I. 1) is extended to and including January 31, 2014.

DATED: January 7, 2014

| | |
|---|---|
| **BAYARD, P.A.** | **YOUNG CONAWAY STARGATT & TAYLOR LLP** |
| */s/ Stephen B. Brauerman* | */s/ Karen L. Pascale* |
| _____ | _____ |
| Richard D. Kirk (rk0922) | Karen L. Pascale (#2903) |
| Stephen B. Brauerman (sb4952) | Rodney Square |
| Vanessa R. Tiradentes (vt5398) | 1000 North King Street |
| Sara E. Bussiere (sb5725) | Wilmington, DE 19801 |
| 222 Delaware Avenue, Suite 900 | Telephone: (302) 571-6600 |
| Wilmington, DE 19801 | kpascale@ycst.com |
| Telephone: (302) 655-5000 | |
| rkirk@bayardlaw.com | *Attorneys for Defendant,* |
| sbrauerman@bayardlaw.com | *Frontier Airlines Holdings, Inc.* |
| vtiradentes@bayardlaw.com | |
| sbussiere@bayardlaw.com | |
| *Attorneys for Plaintiff,*<br>*Data Carriers, LLC* | |

IT IS SO ORDERED this _____ day of _____, 2014.

                 _____
                 UNITED STATES DISTRICT JUDGE