# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.,<br><br>       Defendant. | C.A. No. 13-1912-LPS |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Data Carriers, LLC and defendant Frontier Airlines Holdings, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "SETTLEMENT AND RELEASE AGREEMENT" and dated January 8, 2014, with each party to bear its own costs, expenses and attorneys' fees.

Dated: January 27, 2014

BAYARD, P.A.

/s/ *Vanessa R. Tiradentes*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Data Carriers, LLC*

YOUNG CONAWAY STARGATT & TAYLOR LLP

/s/ *Karen L. Pascale*
Karen L. Pascale (kp2903)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
kpascale@ycst.com

*Attorney for Defendant*
*Frontier Airlines Holdings, Inc.*