## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>FRONTIER AIRLINES HOLDINGS, INC.,<br><br>    Defendant. | C.A. No. 13-1912-LPS |

### ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between plaintiff Data Carriers, LLC and defendant Frontier Airlines Holdings, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Data Carriers, LLC and defendant Frontier Airlines Holdings, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AND RELEASE AGREEMENT" and dated January 8, 2014.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

_____
United States District Court Judge